IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN HOWARD, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| vs. | : | NO. 97-3144 |
| | : | |
| DONALD VAUGHN, et al., | : | |
|     Defendants | : | |

## O R D E R

**AND NOW,** this   21st   day of June, 2016, upon consideration of the plaintiff's "motion to vacate Order denying *habeas corpus* relief" pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure (Document #36), the defendants' response thereto (Document #43), and the plaintiff's reply brief (Document #44), IT IS HEREBY ORDERED that the motion is DENIED without prejudice to the plaintiff's moving in the United States Court of Appeals for the Third Circuit for an Order authorizing the District Court to consider his second or successive petition under 28 U.S.C. § 2254.

BY THE COURT:

  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.